

# Civil Court Minutes Report

Index #: 06 27280
Print Date: 3/28/2007

| Court: S | Case Type: | Application Date: 17-October-2006 |

## Plaintiff(s)
MAZUR, THOMAS

## Defendant(s):
SAEILO, INC.; KAHR ARMS AND AUTO ORDINANCE CORP., D/B/A

## Minutes :

| Seq # | Process Date | Minutes | Type | Notation |
|---|---|---|---|---|
| 1 | 17-Oct-2006 | SUMMONS W/NOTICE | | |
| 2 | 16-Feb-2007 | AFFIDAVIT OF PERSONAL SERVICE | | 2-15-07 |
| 3 | 16-Feb-2007 | EXHIBIT | | |
| 4 | 20-Mar-2007 | NOTICE OF REMOVAL | | TRANSFER TO EASTERN DISTRICT |

Total Minute Records : 4

## Notations :

| Minute | Seq | Liber | Page | LP No | Notation |
|---|---|---|---|---|---|

Total Notation Records : 0

## Tax Map Info :

| Minute | Seq | Tax Map Number |
|---|---|---|

Total Tax Map Records : 0